■ FUN FAIR PARK, INC., et al., v. FRANCES URSINI et al.— Motion denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

## (May 7, 1959)

■ In the Matter of the Arbitration between GRAYSON-ROBINSON STORES, INC., et al., and IRIS CONSTRUCTION CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause, dated April 8, 1959, is vacated. Concur — M. M. Frank, J. P., Valente, McNally and Bergan, JJ.

■ SAMUEL R. ROSENBAUM, as Trustee under Phonograph Record Trust Agreement (January 1, 1954) and Hollywood Film Trust Agreement (February 1, 1954) and Trust Agreement with Republic Pictures, Inc., v. HARRY MELNIKOFF et al., Individually and as Representatives of All Other Musicians Similarly Situated, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, McNally and Stevens, JJ.

■ BIENER CONTRACTING CORP. v. ELBERON RESTAURANT CORP. et al., and MORRIS WISHNETZKY.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause, dated April 15, 1959, is vacated. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ J. I. KISLAK, INC., v. CAROL MANAGEMENT CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ AMERELAY, INC., v. DIRECTOMAT, INC.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ KOLLSMAN INSTRUMENT CORPORATION v. DAILY MIRROR, INCORPORATED, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ SEARS, ROEBUCK AND CO. v. SAM CHARNO et al., Doing Business under the Name of CHARM UNDERGARMENT CO.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ DOLCIN CORPORATION v. READER'S DIGEST ASSOCIATION, INC.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO CRUZ.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of SENATOR ROBERT A. TAFT HOUSES. MICHAEL JANICKI; CITY OF NEW YORK.— Motion granted insofar as to extend the time for claimant-appellant to serve and file the record on appeal and appellant's points to and including September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ FLORENCE L. ROLAND v. JAY ROLAND.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.